EVERETT MASON, JR., ETC. v. THE STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES MOORE.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY RUGGS.

November 15, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL PICCIALLO.

November 15, 1988.

Petition for certification denied.